EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Integración de Salas de Verano | 2008 TSPR 107 |
| | 174 DPR ____ |

Número del Caso: ES-2008-1

Fecha: 20 de junio de 2008

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

INTEGRACIÓN DE SALAS DE VERANO

RESOLUCIÓN

San Juan, Puerto Rico, a 20 de junio de 2008.

De conformidad con lo dispuesto en la Regla 4(d) del Reglamento de este Tribunal, se constituyen las siguientes Salas de Verano para funcionar durante el receso del Tribunal entre el 16 de julio y el 30 de septiembre de 2008:

Del 16 julio al 5 de agosto de 2008

    Hon. Efraín E. Rivera Pérez, Presidente
    Hon. Liana Fiol Matta
    Hon. Anabelle Rodríguez Rodríguez

Del 6 al 24 de agosto de 2008

    Hon. Federico Hernández Denton, Presidente
    Hon. Liana Fiol Matta
    Hon. Anabelle Rodríguez Rodríguez

Del 25 de agosto al 11 de septiembre de 2008

    Hon. Federico Hernández Denton, Presidente
    Hon. Efraín E. Rivera Pérez
    Hon. Liana Fiol Matta

Del 12 al 30 de septiembre de 2008

Hon. Federico Hernández Denton, Presidente
Hon. Efraín E. Rivera Pérez
Hon. Anabelle Rodríguez Rodríguez

Los Presidentes de Sala quedan facultados para sustituir a los Jueces que no puedan intervenir en algún asunto ante su consideración, y asimismo para convocar al Pleno del Tribunal cuando fuere necesario.

El Tribunal continuará emitiendo y certificando Opiniones y Sentencias durante todo el receso de verano.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo